1  DAVID W. GERMAN, State Bar No. 252394
   Email: dgerman@navlaw.net
2  NEWMAN.AARONSON.VANAMAN LLP
   14001 Ventura Boulevard
3  Sherman Oaks, CA 91423
   Telephone: (818) 990-7722
4  Facsimile: (818) 501-1306

5  Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.C., a minor, by and through his guardian ad litem S.B., | CASE NO.: 2:20-cv-09127-CBM-E |
| Plaintiff, | Order Granting Application for Guardian Ad Litem. |
| vs. | |
| LOS ANGELES UNIFIED SCHOOL DISTRICT, a local educational agency, | |
| Defendant. | |

**Order**

The Court has considered Plaintiff M.C.'s ex parte application for appointment of guardian ad litem. Having found good cause, the Court Grants Plaintiff's applications and orders as follows:

Therefore, IT IS SO ORDERED that:

1. Plaintiff's Application is GRANTED;

2. S.B. is appointed guardian ad litem of M.C. in this action and shall prosecute it on his behalf.

IT IS SO ORDERED

Dated: October 9, 2020

_____

HON. PEDRO V. CASTILLO

United States Magistrate Judge