UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **CV 20-9127-CBM(Ex)** | Date | JANUARY 24, 2023 |
|---|---|---|---|
| Title | M. C. v. Los Angeles Unified School District | | |

| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |
|---|---|

| Yolanda Skipper | Amy Diaz |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Melinda R. Bird, via telephone | David Mishook, via telephone |
| David W. German, via telephone | Leonard B. Garfinkel, via telephone |
| | Sarah Bancroft, via telephone |

**Proceedings:** **TELEPHONIC HEARING** RE: DEFENDANT'S MOTION TO BIFURCATE ADMINISTRATIVE APPEAL [69] AND DEFENDANT'S MOTION TO CERTIFY CLASS[70]

The case is called and counsel state their appearance. The Court and counsel confer.

Following discussions with the parties, the Court advises counsel that the Defendant's motion to bifurcate Administrative Appeal [69] is hereby DENIED.

The Court further orders the Defendant's motion to certify class [70] is hereby GRANTED.

This will be a Bench Trial set for June 27, 2023 at 10:00 a.m. estimated 5 days and not a Jury Trial.

IT IS SO ORDERED.

cc: all parties                                                                                                            **: 52**