David W. German, SBN 252394
dgerman@vanamangerman.com
VANAMAN GERMAN LLP
14001 Ventura Boulevard
Sherman Oaks, CA 91423
Tel: (818) 990-7722
Fax: (818) 501-1306

Melinda Bird, SBN 102236
melinda.bird@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
350 South Bixel Street, Suite 290
Los Angeles, CA 90017
Tel: (213) 213-8000
Fax: (213) 213-8001

*Attorneys for Plaintiff M.C.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.C. et al., <br><br> Plaintiff. <br><br> v. <br><br> LOS ANGELES UNIFIED SCHOOL DISTRICT, et al., <br><br> Defendants. | Case No.: 2:20-CV-09127-CBM(Ex) <br><br> **ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE FEE MOTION [133]** <br><br> Judge: Hon. Consuelo B. Marshall |

Having considered Plaintiff's Request, **IT IS HEREBY ORDERED** that the Motion for Extension of Time is GRANTED.  Any Motion for Attorneys' Fees must be filed no later than September 23, 2024.

DATED:  August 8, 2024

_____
Hon. Consuelo B. Marshall
United States District Judge