UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 2:20-cv-09127-CBM-E | Date | February 12, 2025 |
|---|---|---|---|
| Title | M. C. v. Los Angeles Unified School District | | |

Present: The Honorable **CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE**

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**     **IN CHAMBERS- ORDER TO SHOW CAUSE RE MOTION FOR ATTORNEYS' FEES**

The Court hereby orders Plaintiff to show cause why the Motion for Attorneys' Fees (Dkt. No. 140) should not be dismissed without prejudice to Plaintiff re-filing the Motion in the event the parties are unable to complete the settlement of this case.

**IT IS SO ORDERED.**