**David W. German, State Bar No. 252394**
**VANAMAN GERMAN LLP**
14001 Ventura Boulevard
Sherman Oaks, CA 91423
Tel.: (818) 990-7722
Fax: (818) 501-1306
dgerman@vanamangerman.com

**Melinda Bird, State Bar No. 102236**
**DISABILITY RIGHTS CALIFORNIA**
350 S. Bixel Street, Suite 290
Los Angeles, CA 90017
Tel.: (213) 213-8000
Fax: (213) 213-8001
melinda.bird@disabilityrightsca.org

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.C., a minor, by and through his guardian ad litem S.B.,<br><br>    Plaintiff,<br><br>vs.<br><br>LOS ANGELES UNIFIED SCHOOL DISTRICT, a local educational agency, and CALIFORNIA DEPARTMENT OF EDUCATION,<br><br>    Defendants. | CASE NO.: 2:20-cv-09127-CBM-E<br><br>**PETITION FOR APPROVAL OF MINOR'S COMPROMISE**<br><br>Date Action Filed: October 5, 2020<br>Judge: Hon. Consuelo B. Marshall<br>Courtroom: 8D, 8th Floor<br><br>Hearing: April 23, 2025<br>               10:00 am |

1

*MC v LAUSD, et al.*, Case # 2:20-cv-09127-CBM-E
Pl's Not. of Hearing on Petition and Petition for Approval of Minor's Compromise

# NOTICE OF HEARING ON PETITION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on April 23, 2025 at 10:00 a.m., or at such other date and time as may be rendered by the Court, in Courtroom 8D of the above-captioned Court, located at 350 W. 1st Street, Los Angeles, California 90012, Plaintiff M.C. will move the Court pursuant to Local Rule 17-1.2 for approval of a Petition for Approval of Minor's Compromise in this matter.

# PETITION FOR APPROVAL OF MINOR'S COMPROMISE

This Petition is made on the grounds that the settlement reflected in the Final Order issued by this court and stipulated to by the parties (ECF. No. 132) is fair and equitable to the interests of the minor, M.C.

This Petition is based upon the Notice; the accompanying Memorandum of Points and Authorities and the previously filed supporting declarations of David German and S.B., the mother of and Guardian ad Liten for Plaintiff M.C.

Dated: April 14, 2025

Respectfully submitted,

VANAMAN GERMAN LLP
DISABILITY RIGHTS CALIFORNIA
 /s/    David W. German
Melinda Bird
David W. German
*Attorneys for M.C.*

2

*MC v LAUSD, et al.*, Case # 2:20-cv-09127-CBM-E
Pl's Not. of Hearing on Petition and Petition for Approval of Minor's Compromise