UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:20-cv-09127-CBM-E | Date | April 17, 2025 |
| Title | M. C. v. Los Angeles Unified School District | | |

| | |
|---|---|
| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**     **IN CHAMBERS- ORDER RE: HEARING RE PETITION FOR APPROVAL OF MINOR'S COMPROMISE**

      The Court is in receipt of Plaintiff's petition for approval of minor's compromise. (Dkt. No. 155.) California Rule of Court 7.952 states that "[t]he person petitioning for approval of the compromise of the claim on behalf of the minor or person with a disability and the minor or person with a disability must attend the hearing on the petition unless the court for good cause dispenses with their personal appearance." The petition does not address whether good cause exists for dispensing with the petitioner's appearance at the hearing. Therefore, counsel are hereby informed that, absent a showing of good cause, petitioner S.B. (M.C.'s *guardian ad litem*) and M.C. must attend the April 23, 2025 hearing on the petition.

      **IT IS SO ORDERED.**