UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:20-cv-09127-CBM-E | Date | June 3, 2025 |
| Title | M. C. v. Los Angeles Unified School District | | |

Present: The Honorable  CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**    **IN CHAMBERS- ORDER TO SHOW CAUSE RE: DISMISSAL**

On April 24, 2025, the Court issued an order to show cause why this action should not be dismissed in light of the Order Granting Plaintiff's Petition for Approval of Minor's Compromise (Dkt. No. 158) and ordered the Plaintiff to respond in writing no later than May 5, 2025. To date, Plaintiff has not responded to the order. The Court hereby orders Plaintiff to show cause in writing, no later than **June 9, 2025**, why this action should not be dismissed in light of the Order Granting Plaintiff's Petition for Approval of Minor's Compromise. Failure to respond to this Order will result in dismissal of the case.

**IT IS SO ORDERED.**