UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

CIVIL MINUTES - GENERAL

| Case No. | 2:20-cv-09127-CBM-E | Date | June 10, 2025 |
|---|---|---|---|
| Title | M. C. v. Los Angeles Unified School District | | |

Present: The Honorable  CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**   **IN CHAMBERS- ORDER RE: DISMISSAL OF CASE**

In light of Plaintiff's response to the Court's order to show cause informing the Court that all issues in this action have been resolved and requesting the Court dismiss the action with prejudice (Dkt. No. 161), the Court hereby **VACATES** the order to show cause.  This action is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**